IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| SECURE MATRIX LLC,<br>　　*Plaintiff,* § § § | |
| v. § | NO.   MO:25-CV-00134 |
| § | |
| ABATIX CORP., § § <br>　　*Defendant.* | |

## ORDER

　　Before the Court is the Parties' Joint Stipulation of Dismissal With Prejudice (Doc. 13) filed June 26, 2025. The parties agree and stipulate that all claims for relief asserted against Defendant is dismissed with prejudice. Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows a plaintiff to dismiss an action upon filing a stipulation of dismissal signed by all parties who have appeared. The Plaintiff has done so. "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). The request to dismiss all claims against Defendants is hereby **GRANTED**.

　　The Court therefore **ORDERS** that the Clerk of Court **CLOSE** this action. Each party shall bear and pay their respective attorney fees and costs herein.

　　It is so **ORDERED**.

　　SIGNED this 27th day of June, 2025.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE